# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Abel Pantoja<br><br>            Debtor. | Case No.  17-13043<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for October 19, 2018 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on October 19, 2018, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present **FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL FOR INTERIM COMPENSATION AND REIMBURSEMENT AND LIMIT NOTICE,** a copy of which is attached hereto and hereby served upon you.

                                      Cindy M. Johnson, not individually but as Chapter 7 Trustee of Abel Pantoja

                                       /s/    Cindy M. Johnson

Cindy M. Johnson                              Chapter 7 Trustee
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

     I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 28, 2018.

                                       ___/s/ Cindy M. Johnson_____

**SERVICE LIST**

**Electronic Mail Notice List**

- Matthew C Baysinger    mbaysinger@wildermuthlawoffices.com, baysinger.matthew@gmail.com
- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Roderic Fleming    rfleming@mlg-defaultlaw.com, smatthei@mlg-defaultlaw.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Zhiqi Wu    bankruptcy@hsbattys.com, bk4hsbm@gmail.com

**By Email**

Alan D. Lasko & Associates  - alasko@adlassoc.com
Kim Wirtz -  kim@kimwirtz.com

**BY US Mail**

Abel Pantoja
46 Arlington Drive
Romeoville , IL  60446

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Midland Funding, LLC
Midland Credit Management, Inc as
Agent for Midland Funding, LLC
PO Box 2011
Warren, WI 48090-2011

TD Bank, USA
By American InfoSource LP as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Portfolio Recovery Associates, LLC
Successor to Citibank, N.A
(SAMS Club)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Citibank, N.A
(The Home Depot)
PO Box 41067
Norfolk, VA 23541

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re                                    )   Bankruptcy No. _____
                                         )
                                         )   Chapter          _____
                                         )   Hon Pamela Hollis
                       Debtor.           )   Joliet

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:        Interim Application _____           Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____          _____
                                                              (Cindy M. Johnson, Trustee)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**Abel Pantoja**<br>          **Debtor.** | Case No. 17-13043<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for October 19, 2018 at 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL**
**FOR COMPENSATION AND REIMBURSEMENT AND LIMIT NOTICE**

Carleen L. Cignetto, and the firm of Carleen L. Cignetto, Attorney at Law (collectively "Applicant"), attorneys for Cindy M. Johnson (the "Trustee"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation in the amount of $4,700.00 and final costs in the amount of $407.57 and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant states, and respectfully urges the Court to find, as follows:

**BACKGROUND**

1. On April 26, 2017 the Debtor filed a Voluntary Petition For Relief , according to the provisions of Chapter 7 of the Code and Trustee was appointed to administer the assets of the Estate.

2. Trustee determined she needed assistance with respect to Trustee's efforts to administer real property located at 46 Arlington Drive, Romeoville, Illinois 60446 (the "Property"), as Trustee required an attorney experienced in handling real estate closings.

3. On December 1, 2017 an order was entered authorizing the employment of Applicant as Special Counsel for Trustee to perform all legal services necessary or required relating to Trustee's attempts to sell and/or sale of the Estate's interest in real property the "Employment Date".  Since the Debtor was interfering with the sale. Trustee requested that the Court expand Special Counsel's scope

of services to include all matters necessary to terminate Debtor's possession of the Property. Such request was granted by order of March 2, 2018.

4. At the time of her retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

5. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; and the time expended to render the services, in one-tenth-hour increments.

6. The records were made by Applicant, at or about the time the services were rendered, by means of entering them into Applicant's billing software program, and by reviewing them on a monthly basis for accuracy after.

7. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

## SUMMARY OF SERVICES RENDERED

8. Since the Employment Date, through May 24, 2018 Applicant has rendered 18.9 total hours of service on behalf of the Trustee for which final compensation is sought. All services were rendered by Carleen L. Cignetto at an hourly rate of $250.00 per hour for services to assist Trustee with Trustee's administration/sale of the Property and termination of the debtor's possession of the premises. A chronological summary of the services rendered and expenses incurred is attached hereto is attached hereto, identified as Exhibit A and incorporated herein by reference.

9. Carleen L. Cignetto became licensed as an attorney in 1986 and has She has concentrated her legal practice in the area of debtor bankruptcy, trustee representation, real estate closings, and general litigation.

10. Applicant seeks interim compensation in the amount of $4,700.00 for 18.8 hours of services rendered by Carleen L. Cignetto.

11. The costs incurred by Applicant on behalf of the Trustee are also included in Exhibit A. These costs in the amount of are all costs directly related to Applicant's services to the Trustee. These costs include the filing fee and cost of water bill that needed to be paid by closing.

12. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee.

13. Applicant seeks reimbursement for expenses in the amount of $407.57.

## STATEMENTS AS TO OTHER MATTERS

14. All services for which Applicant seeks interim compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

15. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

16. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

17. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant incurs on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

18. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

19. Applicant has provided 21 days notice of this Application to Debtor, Debtor's attorney, all parties entitled to notice who are listed on the CM/ECF service list and all creditors who have filed

claims (as the bar date has passed) pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

20. Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case (there being no creditors who have the right to an extension to file claims). See Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Applicant, Carleen L. Cignetto and the law firm of Carleen Cignetto, Attorney at Law, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, as follows:

**I.** To award Applicant final compensation in the amount of $4,700.00 for hourly fees earned;

**II.** To allow Applicant reimbursement of costs expended in the amount of $407.57;

**III.** To direct the Trustee to disburse said fees and costs to Applicant promptly;

**IV.** Authorizing under Rule 2002(h) of the Federal Rules of Bankruptcy Procedure that notice of this application need only to have been sent to debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case and finding that the notice that has been sent is, therefore, sufficient; and

**V.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

Respectfully Submitted,
CARLEEN L. CIGNETTO and the law firm of CARLEEN L. CIGNETTO, ATTORNEY AT LAW

BY:  /s/ Carleen L. Cignetto

Carleen L. Cignetto
Carleen L. Cignetto, Attorney at Law
PO Box 203
Peotone, Illinois 60468-0203
815-258-1994

**Carleen L. Cignetto, Attorney at Law**
PO Box 203
Peotone, IL 60468-0203
815-258-1994
cignettolaw@gmail.com

# INVOICE

**BILL TO**
Abel Pantoja
140 S Dearborn, Suite 1510
Chicago, IL 60603

**INVOICE #** 1609
**DATE** 09/27/2018
**DUE DATE** 09/27/2018
**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 11/17/2017 | Services<br>meeting with CJ regarding expanding services due to non-cooperation of Debtor .3 | 75.00 |
| 12/28/2017 | Services<br>conversation with CJ regarding motion to compel cooperation with Broker .2 | 50.00 |
| 12/28/2017 | Services<br>reviewed and edited Motion to Compel cooperation with Broker .8 | 200.00 |
| 01/12/2018 | Services<br>email chain with CJ and Kim Wirtz regarding non cooperation of Debtor for showings .5 | 125.00 |
| 01/12/2018 | Services<br>email chain to Debtor's attorney regarding non cooperation of Debtor and Motion to Compel order .5 | 125.00 |
| 01/25/2018 | Services<br>email with CJ and Kim Wirtz regarding continued non cooperation .3 | 75.00 |
| 01/25/2018 | Services<br>prepared Motion for Rule to Show cause .5 | 125.00 |
| 01/31/2018 | Services<br>Reviewed contract prepared addendum 1.0 | 250.00 |
| 02/08/2018 | Services<br>Prepared Motion to Sell 1.0 | 250.00 |
| 02/14/2018 | Services<br>ordered title .1 | 25.00 |
| 02/14/2018 | Services<br>email to title company forwarding contract and special bankruptcy requirements .2 | 50.00 |
| 02/20/2018 | Services<br>Email with broker regarding Debtor's refusal to let inspector in the property .4 | 200.00 |
| 02/21/2018 | Services<br>conference with CJ regarding inspector issue and continued non cooperation of Debtor .4 | 200.00 |
| 02/22/2018 | Services<br>phone conversation with Title company regarding errors in commitment .3 | 75.00 |

**EXHIBIT A**

| DATE | ACTIVITY | AMOUNT |
|---|---|---:|
| 03/01/2018 | Services<br>reviewed response to motion to sell .2 | 50.00 |
| 03/02/2018 | Services<br>court appearance, motion to sell, and Motion to lift stay .3 | 75.00 |
| 03/03/2018 | Services<br>review email regarding Debtor removal .1 | 25.00 |
| 03/05/2018 | Services<br>phone conversation with buyers attorney regarding access to property and want to back out of contract .2 | 50.00 |
| 03/21/2018 | Services<br>left voice mail for Buyers attorney .1 | 25.00 |
| 03/27/2018 | Services<br>Prepared Motion to remove Debtor from property 3.0 hrs | 750.00 |
| 03/28/2018 | Services<br>email to Buyers attorney with motion for rule and motion to vacate property .1 | 25.00 |
| 04/06/2018 | Services<br>Court appearance motion for rule and removal .4 | 200.00 |
| 04/09/2018 | Services<br>reviewed Motion to alter judgment .2 | 50.00 |
| 04/09/2018 | Services<br>conference with CJ regarding Motion to alter judgment .2 | 50.00 |
| 04/09/2018 | Services<br>prepared response to Motion to alter judgment 1.0 | 250.00 |
| 04/13/2018 | Services<br>court appearance Motion to alter judgment .3 | 75.00 |
| 05/15/2018 | Services<br>phone conversation with Mortgage attorney re agreed order of Mot to lift stay .3 | 75.00 |
| 05/15/2018 | Services<br>prepared preliminary closing figures 1.0 | 250.00 |
| 05/18/2018 | Services<br>scheduled closing .1 | 25.00 |
| 05/20/2018 | Services<br>email to title company with figures .2 | 50.00 |
| 05/21/2018 | Services<br>reviewed preliminary HUD .2 | 50.00 |
| 05/21/2018 | Services<br>prepared documents for closing 1.0 | 250.00 |
| 05/24/2018 | Services<br>paid water bill in Romeoville 1.0 | 250.00 |
| 05/24/2018 | Services<br>attended closing 2.5 | 300.00 |

BALANCE DUE **$4,700.00**

EXHIBIT A

Carleen L. Cignetto, Attorney at Law
PO Box 203
Peotone, IL 60468-0203
815-258-1994
cignettolaw@gmail.com

# INVOICE

**BILL TO**
Abel Pantoja
140 S Dearborn, Suite 1510
Chicago, IL 60603

**INVOICE #** 1641
**DATE** 09/27/2018
**DUE DATE** 09/27/2018
**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 02/08/2018 | **Court Costs**<br>Filing fee Motion to Sell property free and clear | 181.00 |
| 05/24/2018 | **Fees-not Court Costs**<br>Water bill for 46 Arlington Dr. to Village of Romeoville for stamps | 226.57 |

BALANCE DUE **$407.57**

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-13043 |
| Abel Pantoja, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN SPECIAL COUNSEL**

This matter coming to be heard on the Application (the "Application") of Cindy M. Johnson, not individually but as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Abel Pantoja (the "Debtor") seeking entry of an order authorizing the employment of Carleen L. Cignetto of Carleen L. Cignetto, Attorney at Law as special counsel, notice of the Application having been provided to Debtor's counsel; and the court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

The Application is granted and the Trustee is authorized to employ Carleen L. Cignetto of Carleen L. Cignetto, Attorney at Law, as the Trustee's special counsel to handle real estate matters, with payment of any fees and expenses subject to further order of the Court;

Enter:    *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  December 01, 2017

**Prepared by:**

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Abel Pantoja<br><br><br>Debtor(s)<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-13043<br><br>Chapter: 7<br><br>Honorable Pamela S. Hollis<br><br>Joliet<br><br>Adv. No.: |

**ORDER FOR EXPANSION OF SERVICE FOR PREVIOUSLY EMPLOYED ATTORNEY AS SPECIAL COUNSEL FOR TRUSTEE**

This cause coming to be heard on Trustee's Motion for expansion of service for previously employed attorney as Special Counsel for Trustee, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

Trustee, Cindy M. Johnson ("Trustee") , is authorized to retain special counsel, Carleen L Cignetto, attorney, and the firm of Carleen L. Cignetto, Attorney at Law, for services, in addition to those previously approved, to include all matters necessary to pursue any action Trustee requires in order to terminate possession in the property located at 46 Arlington Drive, Romeoville, Illinois  60446 (the "Real Property") any action against any third party relating to interference with Trustee's efforts to sell the Real Property,

Enter:    /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 02, 2018

**Prepared by:**

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603

EXHIBIT A