**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>Abel Pantoja<br><br>        Debtor. | Case No. 17-13043<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for November 9, 2018 at 10:15 a.m. |

**NOTICE OF HEARING**

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on November 9, 2018 at 10:15 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present **SUPPLEMENT TO FIRST AND FINAL APPLICATION OF SPECIAL COUNSEL FOR INTERIM COMPENSATION AND REIMBURSEMENT,** a copy of which is attached hereto and hereby served upon you.

                                      Cindy M. Johnson, not individually but as Chapter 7 Trustee of Abel Pantoja

                                      /s/    Cindy M. Johnson
Cindy M. Johnson                                 Chapter 7 Trustee
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

**CERTIFICATE OF SERVICE**

     I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on October 23, 2018.

                                            /s/ Cindy M. Johnson

**SERVICE LIST**

**Electronic Mail Notice List**

- Matthew C Baysinger     mbaysinger@wildermuthlawoffices.com, baysinger.matthew@gmail.com
- Carleen L Cignetto     cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Roderic Fleming     rfleming@mlg-defaultlaw.com, smatthei@mlg-defaultlaw.com
- Cindy M. Johnson     cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Zhiqi Wu     bankruptcy@hsbattys.com, bk4hsbm@gmail.com

**By Email**
Alan D. Lasko & Associates  - alasko@adlassoc.com
Kim Wirtz -  kim@kimwirtz.com

**BY US Mail**

Abel Pantoja
46 Arlington Drive
Romeoville , IL  60446

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Midland Funding, LLC
Midland Credit Management, Inc as
Agent for Midland Funding, LLC
PO Box 2011
Warren, WI 48090-2011

TD Bank, USA
By American InfoSource LP as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Portfolio Recovery Associates, LLC
Successor to Citibank, N.A
(SAMS Club)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Citibank, N.A
(The Home Depot)
PO Box 41067
Norfolk, VA 23541

UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Abel Pantoja<br><br>           Debtor. | Case No. 17-13043<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for November 9, 2018 at 10:15 a.m. |

### SUPPLEMENT TO FIRST AND FINAL APPLICATION OF SPECIAL COUNSELFOR COMPENSATION AND REIMBURSEMENT AND LIMIT NOTICE

Carleen L. Cignetto, and the firm of Carleen L. Cignetto, Attorney at Law (collectively "Applicant"), attorneys for Cindy M. Johnson (the "Trustee"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation in the amount of $4,725.00 and final costs in the amount of $407.57 and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant states, and respectfully urges the Court to find, as follows:

1. On October 29, 2018 a First and Final Application of Special Counsel for Interim Compensation and Reimbursement and to Limit Notice was presented to the Court.

2. No one appeared to object to the fees and Costs requested, however, the Court questioned some of the dollar entries related to the time spent and continued the Application to enable review of the time entries to November 9, 2018 at 10:15 am.

3. The hourly fee approved by the Court for Special Counsel is $250.00 per hour.

4. The invoice submitted as Exhibit A to the original Application contained the following errors.

    a. 2/20/2018 .4 hours $200.00

    b. 2/21/2018 .4 hours $200.00

  c. 4/6/2018 .4 hours $200.00

  d. 5/24/2018 2.5 hours $300.00

5. An Amended invoice containing the following corrections is attached hereto as Exhibit A.

  a. 2/20/2018 .4 hours $100.00

  b. 2/21/2018 .4 hours $100.00

  c. 4/6/2018  .4 hours $100.00

  d. 5/24/2018 2.5 hours $625.00

6. The expenses invoice attached to the original application contained no errors.

7. The amount requested for fees incurred on behalf of the Trustee is $4,725.00 and expenses of  $407.57.

8. In accordance with Bankruptcy Rule 2002(h) Notice of hearing on this Supplement has been sent to the Debtor, the United States Trustee, Debtor's counsel, all those who have requested notice through CM/ECF, and all creditors who have filed claims as the Bar date has passed and more than 90 days has passed since the 341 meeting of creditors.

**WHEREFORE**, the Applicant, Carleen L. Cignetto and the law firm of Carleen Cignetto, Attorney at Law, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, as follows:

**I.** To award Applicant final compensation in the amount of $4,725.00 for hourly fees earned;

**II.** To allow Applicant reimbursement of costs expended in the amount of $407.57;

**III.** To direct the Trustee to disburse said fees and costs to Applicant promptly;

**IV.** Authorizing under Rule 2002(h) of the Federal Rules of Bankruptcy Procedure that notice of this application need only to have been sent to debtors, the United States Trustee, to other parties in interest and to only creditors who have filed claims in this case and finding that the notice that has been sent is, therefore, sufficient;  and

**V.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

      Respectfully Submitted,
CARLEEN L. CIGNETTO and the law firm of CARLEEN
L. CIGNETTO, ATTORNEY AT LAW


BY:  /s/ Carleen L. Cignetto

Carleen L. Cignetto
Carleen L. Cignetto, Attorney at Law
PO Box 203
Peotone, Illinois 60468-0203
815-258-1994