# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Abel Pantoja | § | Case No. 17-13043 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/26/2017 . The undersigned trustee was appointed on 04/26/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 128,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 16,052.80 |
| Bank service fees | | 312.04 |
| Other payments to creditors | | 76,627.20 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 20,507.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  12/26/2017  and the deadline for filing governmental claims was  12/26/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,925.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,925.00 , for a total compensation of $ 8,925.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 316.12 , for total expenses of $ 316.12 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/17/2019    By:/s/Cindy M. Johnson, Trustee
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-13043 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Abel Pantoja | | | | Date Filed (f) or Converted (c): | 04/26/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/01/2017 |
| For Period Ending: | 02/17/2019 | | | | Claims Bar Date: | 12/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 46 Arlington Drive Romeoville Il 60446-0000 Will | 90,345.00 | 90,345.00 | | 128,500.00 | FA |
| 2. 2015 Chevrolet Equinox Mileage: 25000 | 12,947.00 | 12,947.00 | | 0.00 | FA |
| 3. Basic Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 4. Basic Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Bank Of America | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking - Chase (u) | 101.00 | 101.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $103,693.00   $103,393.00   $128,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real estate sold. (Order approving sale 5/8/18, doc. 62; Report of Sale, Docket 65) Trustee investigated bank accounts, and there were insufficient funds. Tax returns filed.

Initial Projected Date of Final Report (TFR): 10/26/2018     Current Projected Date of Final Report (TFR): 02/22/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-13043 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Abel Pantoja | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0814 |
| | Checking |
| Taxpayer ID No: XX-XXX8215 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/17/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/18 | | First American Title Insurance Company<br>8707 West 95th Street<br>Hickory Hills, IL 60457 | Sale of Real Property | | $40,952.57 | | $40,952.57 |
| | | | Gross Receipts    $128,500.00 | | | | |
| | | Will County Recorder | ($47.75) | 2500-000 | | | |
| | | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, Illinois  62794-9035 | ($192.75) | 2820-000 | | | |
| | | Will County Treasurer | ($2,129.73) | 2820-000 | | | |
| | | Kim Wirtz<br>1215 9th Street<br>Lockport, IL 60441 | ($6,425.00) | 3510-000 | | | |
| | | Kim Wirtz | ($225.00) | 3520-000 | | | |
| | | Pnc Bank, N.A.<br>Po Box 94982<br>Cleveland, Oh 44101 | ($76,627.20) | 4110-000 | | | |
| | | First American Title | ($1,900.00) | 2500-000 | | | |
| | 1 | | 46 Arlington Drive    $128,500.00<br>Romeoville Il 60446-0000 Will | 1110-000 | | | |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $40,942.57 |
| 06/04/18 | 101 | Abel Pantoja<br>16 Arlington Dr<br>Romeoville, IL 60446 | Exemption | 8100-002 | | $15,000.00 | $25,942.57 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.01 | $25,886.56 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.47 | $25,848.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:              $40,952.57        $15,104.48

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-13043  
Case Name: Abel Pantoja  
Taxpayer ID No: XX-XXX8215  
For Period Ending: 02/17/2019  

Trustee Name: Cindy M. Johnson, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0814  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.41 | $25,809.68 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.12 | $25,772.56 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.30 | $25,734.26 |
| 11/12/18 | 102 | Carleen Cignetto PO Box 203 Peotone, IL 60468 | Attorney expenses | 3220-000 | | $407.57 | $25,326.69 |
| 11/12/18 | 103 | Carleen Cignetto PO Box 202 Peotone, IL 60468 | Attorney fees | 3210-000 | | $4,725.00 | $20,601.69 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.64 | $20,569.05 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.57 | $20,538.48 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.52 | $20,507.96 |

|   |   |
|---|---|
| COLUMN TOTALS | $40,952.57  $20,444.61 |
| Less: Bank Transfers/CD's | $0.00  $0.00 |
| Subtotal | $40,952.57  $20,444.61 |
| Less: Payments to Debtors | $0.00  $15,000.00 |
| Net | $40,952.57  $5,444.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $0.00     $5,340.13

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0814 - Checking | $40,952.57 | $5,444.61 | $20,507.96 |
|  | $40,952.57 | $5,444.61 | $20,507.96 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $87,547.43 |
| Total Net Deposits: | $40,952.57 |
| Total Gross Receipts: | $128,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-13043  
Debtor Name: Abel Pantoja  
Claims Bar Date: 12/26/2017  
Date: February 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $8,925.00 | $8,925.00 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $316.12 | $316.12 |
| 100 2500 | Will County Recorder | Administrative | | $0.00 | $47.75 | $47.75 |
| 100 2500 | First American Title | Administrative | | $0.00 | $1,900.00 | $1,900.00 |
| 100 2820 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 | Administrative | | $0.00 | $192.75 | $192.75 |
| 100 2820 | Will County Treasurer | Administrative | | $0.00 | $2,129.73 | $2,129.73 |
| 100 3210 | Carleen Cignetto<br>PO Box 203<br>Peotone, IL 60468 | Administrative | | $0.00 | $4,725.00 | $4,725.00 |
| 100 3220 | Carleen Cignetto<br>PO Box 203<br>Peotone, IL 60468 | Administrative | | $0.00 | $407.57 | $407.57 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,535.60 | $1,535.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-13043  
Debtor Name: Abel Pantoja  
Claims Bar Date: 12/26/2017  

Date: February 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $22.80 | $22.80 |
| 100 3510 | Kim Wirtz<br>1215 9th Street<br>Lockport, IL 60441 | Administrative | | $0.00 | $6,425.00 | $6,425.00 |
| 100 3520 | Kim Wirtz | Administrative | | $0.00 | $225.00 | $225.00 |
| 1 300 7100 | Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $777.00 | $777.39 | $777.39 |
| 2 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $594.00 | $594.75 | $594.75 |
| 3 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Sams Club)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $3,240.00 | $3,240.73 | $3,240.73 |
| 4 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Citibank, N.A.<br>(The Home Depot)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $1,970.00 | $1,970.61 | $1,970.61 |
| 5 300 7100 | Bureaus Investment Group<br>Portfolio No 15 Llc<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $1,454.00 | $1,454.79 | $1,454.79 |
| 6 300 7100 | Midland Funding, Llc<br>Midland Credit Management, Inc. As<br>Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $516.00 | $515.79 | $515.79 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-13043  
Debtor Name: Abel Pantoja  
Claims Bar Date: 12/26/2017  

Date: February 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Midland Funding, Llc<br>Midland Credit Management, Inc.<br>As<br>Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $1,287.00 | $1,287.32 | $1,287.32 |
| 8<br>300<br>7100 | Midland Funding, Llc<br>Midland Credit Management, Inc.<br>As<br>Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $768.76 | $768.76 |
| 9<br>300<br>7100 | Midland Funding, Llc<br>Midland Credit Management, Inc.<br>As<br>Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $3,749.04 | $3,749.04 |
| 10<br>300<br>7100 | Midland Funding, Llc<br>Midland Credit Management, Inc.<br>As<br>Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $2,742.00 | $2,734.93 | $2,734.93 |
| 400<br>4110 | Pnc Bank, N.A.<br>Po Box 94982<br>Cleveland, Oh 44101 | Secured | | $75,647.00 | $76,627.20 | $76,627.20 |
| | Case Totals | | | $88,227.00 | $120,573.63 | $120,573.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-13043
Case Name: Abel Pantoja
Trustee Name: Cindy M. Johnson, Trustee

Balance on hand $ 20,507.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Pnc Bank, N.A. | $ 76,627.20 | $ 76,627.20 | $ 76,627.20 | $ 0.00 |

Total to be paid to secured creditors    $ 0.00

Remaining Balance    $ 20,507.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 8,925.00 | $ 0.00 | $ 8,925.00 |
| Trustee Expenses: Cindy M. Johnson | $ 316.12 | $ 0.00 | $ 316.12 |
| Attorney for Trustee Fees: Carleen Cignetto | $ 4,725.00 | $ 4,725.00 | $ 0.00 |
| Attorney for Trustee Expenses: Carleen Cignetto | $ 407.57 | $ 407.57 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,535.60 | $ 0.00 | $ 1,535.60 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 22.80 | $ 0.00 | $ 22.80 |
| Other: Will County Treasurer | $ 2,129.73 | $ 2,129.73 | $ 0.00 |
| Other: Illinois Department of Revenue Bankruptcy Section | $ 192.75 | $ 192.75 | $ 0.00 |
| Other: Kim Wirtz | $ 6,425.00 | $ 6,425.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Kim Wirtz | $ 225.00 | $ 225.00 | $ 0.00 |
| Other: Will County Recorder | $ 47.75 | $ 47.75 | $ 0.00 |
| Other: First American Title | $ 1,900.00 | $ 1,900.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     10,799.52

Remaining Balance     $     9,708.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,094.11 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Td Bank, Usa | $ 777.39 | $ 0.00 | $ 441.51 |
| 2 | Capital One, N.A. | $ 594.75 | $ 0.00 | $ 337.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, Llc | $ 3,240.73 | $ 0.00 | $ 1,840.54 |
| 4 | Portfolio Recovery Associates, Llc | $ 1,970.61 | $ 0.00 | $ 1,119.19 |
| 5 | Bureaus Investment Group Portfolio No 15 Llc | $ 1,454.79 | $ 0.00 | $ 826.23 |
| 6 | Midland Funding, Llc | $ 515.79 | $ 0.00 | $ 292.94 |
| 7 | Midland Funding, Llc | $ 1,287.32 | $ 0.00 | $ 731.12 |
| 8 | Midland Funding, Llc | $ 768.76 | $ 0.00 | $ 436.61 |
| 9 | Midland Funding, Llc | $ 3,749.04 | $ 0.00 | $ 2,129.23 |
| 10 | Midland Funding, Llc | $ 2,734.93 | $ 0.00 | $ 1,553.29 |

Total to be paid to timely general unsecured creditors        $        9,708.44

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE