IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Abel Pantoja**<br><br>Debtor(s). | **Case # 17-13043**<br><br>**Chapter 7**<br><br>**Honorable Pamela S. Hollis** |

## CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on February 28, 2019.

Cindy M. Johnson                                               /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

**Electronic Mail Notice List**

- Matthew C Baysinger    mbaysinger@wildermuthlawoffices.com, baysinger.matthew@gmail.com
- Carleen L Cignetto    cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Roderic Fleming    rfleming@mlg-defaultlaw.com, smatthei@mlg-defaultlaw.com
- Heather M Giannino    bankruptcy@hsbattys.com, bk4hsbm@gmail.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov


**Manual Notice List  (below and attached service list**

Alan D. Lasko & Associates, PC
alasko@adlassoc.com

Kim Wirtz
kim@kimwirtz.com

# SERVICE LIST

Abel Pantoja
46 Arlington Drive
Romeoville, IL 60446-1258

AT&T
c/o Bankruptcy
4331 Communications Drive, Floor 4W
Dallas, TX 75211-1300

BANK OF AMERICA, N.A. c/o
Roderick Fleming
Marinosci Law Group
134 N LaSalle St, Suite 1900
Chicago, IL 60602-1141

Bank Of America
Po Box 45144
Jacksonville, FL 32232-5144

Bank of America
PO Box 2284
Brea, CA 92822-2284

Blitt and Gaines
661 Glenn Avenue
Wheeling, IL 60090-6017

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Convergent
800 SW 39th
PO Box 9004
Renton, WA 98057-9004

Heather M Giannino
Heavner, Scott, Beyers & Mihlar, LLC
111 East Main Street, Suite 200
Decatur, IL 62523-1204

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
WARREN, MI 48090-2011

PNC Mortgage
Po Box 8703
Dayton, OH 45401-8703

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Southwest Credit Syste
4120 International Parkway
Carrollton, TX 75007-1958

Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

The Bureaus Inc
1717 Central St
Evanston, IL 60201-1507